# ALABAMA COURT OF CRIMINAL APPEALS



September 20, 2024

**CR-2023-0278**
Deanta Antwon Lavender v. State of Alabama (Appeal from Tuscaloosa Circuit Court: CC-20-1344)

## NOTICE

You are hereby notified that on September 20, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk